# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 336 MAL 2014

              Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

      v.

TODD ANGEL KANE,

              Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.